<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-6265**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK LAMONT HARRIS,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (CR-98-1186, CA-01-4182)

―――――――――

Submitted:  June 20, 2002          Decided:  June 26, 2002

―――――――――

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Derrick Lamont Harris, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Lamont Harris seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Harris, Nos. CR-98-1186, CA-01-4182 (D.S.C. filed Dec. 13, 2001; entered Dec. 14, 2001 & filed Jan. 9, 2002; entered Jan. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED